■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES COOPER, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered May 9, 1986, convicting him of robbery in the first degree in satisfaction of S.C.I. No. W-292-86 and robbery in the second degree in satisfaction of indictment No. 2010/85, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CUNNINGHAM, Appellant.—Appeal by the defendant from two judgments of the County Court, Suffolk County (Copertino, J.), both imposed November 18, 1985.

Ordered that the judgments are affirmed *(see, People v Frederick,* 45 NY2d 520 [need for finality of pleas]; *People v Serrano,* 15 NY2d 304 [plea to avoid higher sentence after a trial valid]; *People v Banks,* 117 AD2d 611, *lv denied* 67 NY2d 939 [CPL art 440 motion is proper vehicle for dehors the record accusations]; *People v Baldi,* 54 NY2d 137 [only reasonable competence of attorney is required]). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.